**FILED**
August 12, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )        Case No. 2:15-mj-00161-DAD
            Plaintiff,               )
v.                                   )
                                     )        ORDER FOR RELEASE OF
JOSE ALVAREZ,                        )        PERSON IN CUSTODY
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, JOSE ALVAREZ, Case No. 2:15-mj-00161-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant shall be released on 8/13/2015 at 9:00 a.m. to the custody of the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/12/2015  at  2:35 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge